# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ABEL OKBAY WELDEGABR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ATTORNEY ) <br> GENERAL, et al., ) <br> ) <br> Respondents. | Case No.: 4:19-cv-00130-ACA-JHE |

## MEMORANDUM OPINION

On March 8, 2019, the magistrate judge entered a report and recommendation (doc. 6), recommending that the court grant the government's motion to dismiss (doc. 5) and dismiss as moot Abel Okbay Weldegabr's 28 U.S.C. § 2241 petition for writ of habeas corpus. The time to file objections has passed and the court has received no objections. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be accepted and adopted.

Accordingly, the court hereby **ACCEPTS** and **ADOPTS** the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The court **WILL GRANT** the government's motion to dismiss and **WILL**

**DISMISS** the petition for writ of habeas corpus **WITHOUT PREJUDICE**. The court will enter a separate order consistent with this memorandum opinion.

**DONE** and **ORDERED** this April 1, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE